WEDDLE BUILDING SPECIALTIES, INC., Appellant,

v.

Lawrence McDANIEL and Maxine McDaniel, Respondents.

No. WD 49505.

Missouri Court of Appeals, Western District.

July 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Application to Transfer Denied Oct. 24, 1995.

James R. Brown, Bruce B. Brown, Brown & Brown, Kearney, for appellant.

R.E. Moulthrop, Bethany, for respondents.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from jury verdict on Defendants' counterclaim for money damages based on breach of contract for construction of a residence.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Anthony L. SPEARS, Appellant.

Anthony W. SPEARS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 48616, WD 49784.

Missouri Court of Appeals, Western District.

July 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Application to Transfer Denied Oct. 24, 1995.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Consolidated appeal of conviction, after jury trial, of second degree murder, § 565.021, RSMo (1986), three counts of armed criminal action, § 571.015.1, RSMo (1986), and two counts of first degree assault, § 565.050, RSMo (1986), and the dismissal of appellant's untimely *pro se* Rule 29.15 motion.

Judgment of convictions and dismissal of Rule 29.15 motion affirmed.

Rules 84.16(b) and 30.25(b).